# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Victor N. Browne, Jr., Jimmie Breckenridge, Gary Klein, Blake Schaat, Roger Tofslie, and Tracy Tofslie, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Cyprus Energy Management, LLC, and Cyprus Energy Management - Bakken Operations, LLC, | ) ) ) ) | Case No. 1:16-cv-355 |
| Defendants. | ) | |

Before the court is a "Stipulation to Amend Scheduling Order" filed by the parties on August 30, 2017. The court **ADOPTS** the parties stipulation (Doc. No. 31) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until November 15, 2017, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   A. Plaintiffs by November 15, 2017; and

   B. Defendants by November 30, 2017.

   (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records. Reports to be served on other parties, but not filed with the court).

1

**IT IS SO ORDERED.**

Dated this 31st day of August, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court